# US District Court Electronic Case Filing System
## District of Utah (Central)
### CIVIL DOCKET FOR CASE #: 2:16−mc−00602−DB−EJF

| | |
|---|---|
| Giuffre et al v. Maxwell | Date Filed: 06/13/2016 |
| Assigned to: Judge Dee Benson | Jury Demand: None |
| Referred to: Magistrate Judge Evelyn J. Furse | Nature of Suit: 890 Other Statutory Actions |
| Cause: Motion to Quash | Jurisdiction: Federal Question |

**Plaintiff**

**Virginia L. Giuffre**   represented by   **Bradley James Edwards**
FARMER JAFFE WEISSING EDWARDS
FISTOS LEHRMAN PL
425 N ANDREWS AVE STE 2
FORT LAUDERDALE, FL 33301
(954)524−2820
Email:
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Pottinger**
J STANLEY POTTINGER PLLC
49 TWIN LAKES RD
SOUTH SALEM, NY 10590
(917)446−4641
Email:
*ATTORNEY TO BE NOTICED*

**Meredith L. Schultz**
BOIES SCHILLER & FLEXNER LLP
401 E LAS OLAS BLVD
FORT LAUDERDALE, FL 33301
(954)356−0022
Email:
*ATTORNEY TO BE NOTICED*

**Paul G. Cassell**
SJ QUINNEY COLLEGE OF LAW
UNIVERSITY OF UTAH
332 S 1400 E RM 101
SALT LAKE CITY, UT 84112
(801) 585−5202
Email: cassellp@law.utah.edu
*ATTORNEY TO BE NOTICED*

**Sigrid S. McCawley**
BOIES SCHILLER & FLEXNER LLP
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE, FL 33301
(954)356−0011
Email:

V.

**Petitioner**

| | | |
|---|---|---|
| **Judge Paul G. Cassell** | represented by | **Brent O. Hatch** <br> HATCH JAMES & DODGE <br> 10 W BROADWAY STE 400 <br> SALT LAKE CITY, UT 84101 <br> (801)363–6363 <br> Email: bhatch@hjdlaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **Phillip J. Russell** <br> HATCH JAMES & DODGE <br> 10 W BROADWAY STE 400 <br> SALT LAKE CITY, UT 84101 <br> (801)363–6363 <br> Email: prussell@hjdlaw.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Shaunda L. McNeill** <br> HATCH JAMES & DODGE <br> 10 W BROADWAY STE 400 <br> SALT LAKE CITY, UT 84101 <br> (801) 363–6363 <br> Email: smcneill@hjdlaw.com <br> *ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **Ghislaine Maxwell** | represented by | **Jeffrey S. Pagliuca** <br> HADDON MORGAN AND FOREMAN PC <br> 150 E 10TH AVE <br> DENVER, CO 80203 <br> (303)831–7364 <br> Email: jpagliuca@hmflaw.com <br> *LEAD ATTORNEY* <br> *ATTORNEY TO BE NOTICED* |
| | | **James C. Bradshaw** <br> BROWN BRADSHAW & MOFFAT <br> 10 W BROADWAY STE 210 <br> SALT LAKE CITY, UT 84101 <br> (801)532–5297 <br> Email: jim@brownbradshaw.com <br> *ATTORNEY TO BE NOTICED* |
| | | **Laura A. Menninger** <br> HADDON MORGAN AND FOREMAN PC <br> 150 E 10TH AVE <br> DENVER, CO 80203 |

(303)831–7364
Email:

| Date Filed | # | Docket Text |
|---|---|---|
| 06/13/2016 | Ï 1 | Case has been indexed and assigned to Judge Dee Benson. Petitioner Paul G. Cassell is directed to E–File the Miscellaneous Case Filing Fee (found under Other Documents) and pay the filing fee of $ 46.00 by the end of the business day. Once the filing fee event is completed the initiating document (Motion to Quash and cover sheet ) may be E–filed.<br>NOTE: The court will not have jurisdiction until the opening document is electronically filed and the filing fee paid in the CM/ECF system.<br>Civil Summons may be issued electronically. Prepare the summons using the courts PDF version and email it to utdecf_clerk@utd.uscourts.gov for issuance. (mms) (Entered: 06/13/2016) |
| 06/13/2016 | Ï | Miscellaneous Case Filing Fee for Motion to Quash received from Petitioner Paul G. Cassell. (Filing fee $ 46, receipt number 1088–2526243). (Hatch, Brent) (Entered: 06/13/2016) |
| 06/13/2016 | Ï 2 | MOTION to Quash Subpoena filed by Petitioner Paul G. Cassell. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Declaration of Brent Hatch in Support of Motion to Quash Subpoena or, in the Alternative, for a Protective Order, # 3 Exhibit Exhibit 1 Giueffre – v – Maxwell Complaint, # 4 Exhibit Exhibit 2 Cassell – Subpoena, # 5 Exhibit Exhibit 3 Cassell– Decleration, # 6 Exhibit Exhibit 4 Dershowitz–Depo–Excerpts, # 7 Exhibit Exhibit 5 Answers to request for production, # 8 Exhibit Exhibit 6 CVRA Complaint, # 9 Exhibit Exhibit 7 VRS – Sub.)(Hatch, Brent) (Entered: 06/13/2016) |
| 06/15/2016 | Ï 3 | ORDER REFERRING CASE to Magistrate Judge Evelyn J. Furse under 28:636 (b)(1)(A), Magistrate to hear and determine all nondispositive pretrial matters. No attached document. Motions referred to Evelyn J. Furse. Signed by Judge Dee Benson on 6/15/2016. (an) (Entered: 06/15/2016) |
| 06/16/2016 | Ï 4 | **NOTICE OF TELEPHONIC HEARING ON MOTION** re: 2 MOTION to Quash Subpoena : (Notice generated by EJF Chambers) Motion Hearing set for 6/27/2016 at 09:00 AM in Rm 7.400 before Magistrate Judge Evelyn J. Furse. **RESPONSE DUE 6/23/2016. Conference call information to be emailed to counsel.** (lnp) (Entered: 06/16/2016) |
| 06/20/2016 | Ï 5 | **AMENDED NOTICE OF TELEPHONIC HEARING ON MOTION** re: 2 MOTION to Quash Subpoena : (Notice generated by EJF Chambers) Motion Hearing set for 6/28/2016 at 09:00 AM in Rm 7.400 before Magistrate Judge Evelyn J. Furse. Hearing reset at the request of counsel. **Response Due 6/24/2016. Conference call information to be emailed to counsel.** (lnp) (Entered: 06/20/2016) |
| 06/23/2016 | Ï 6 | MOTION for Admission Pro Hac Vice of Jeffrey S. Pagliuca *and Consent of Local Counsel*, Registration fee $ 250, receipt number 1088–2534903, filed by Defendant Ghislaine Maxwell. (Attachments: # 1 Exhibit Exhibit A, # 2 Exhibit Exhibit B) Attorney James C. Bradshaw added to party Ghislaine Maxwell(pty:dft)(Bradshaw, James) (Entered: 06/23/2016) |
| 06/23/2016 | Ï 7 | ORDER granting 6 Motion for Admission Pro Hac Vice of Jeffrey S. Pagliuca.<br>*Attorneys admitted Pro Hac Vice may download a copy of the District of Utahs local rules from the courts web site at http://www.utd.uscourts.gov.*<br>Signed by Judge Dee Benson on 6/23/2016. (blh) (Entered: 06/23/2016) |
| 06/24/2016 | Ï 8 | RESPONSE to Motion re 2 MOTION to Quash Subpoena *RESPONSE OF GHISLAINE MAXWELL TO PAUL G. CASSELLS MOTION TO QUASH SUBPOENA, OR IN THE ALTERINATIVE, FOR A PROTECTIVE ORDER* filed by Defendant Ghislaine Maxwell. (Attachments: # 1 Exhibit Declaration of Jeffrey S. Pagliuca & Exhibits to Declaration)(Bradshaw, James) (Entered: 06/24/2016) |

| | | |
|---|---|---|
| 06/24/2016 | 9 | NOTICE OF CONVENTIONAL FILING of Exhibits A, G, H, I, N to Pagliuca Declaration re 8 Response to Motion filed by Defendant Ghislaine Maxwell (blh) (Entered: 06/24/2016) |
| 06/24/2016 | 10 | **SEALED DOCUMENT** Exhibits A, G, H, I, N to Declaration of Jeffrey S. Pagliuca re 8 Response to Motion filed by Defendant Ghislaine Maxwell (Attachments: # 1 Exhibit A, # 2 Exhibit G, # 3 Exhibit H, # 4 Exhibit I, # 5 Exhibit N) (blh) (Entered: 06/24/2016) |
| 06/27/2016 | 11 | MOTION to Seal filed by Petitioner Paul G. Cassell. (Attachments: # 1 Text of Proposed Order Granting Leave to File Materials Under Seal) Motions referred to Evelyn J. Furse.(Hatch, Brent) (Entered: 06/27/2016) |
| 06/27/2016 | 12 | NOTICE OF CONVENTIONAL FILING of Exhibit 1, 3, 4, 5, and 6 to the Reply Declaration of Brent Hatch in Support of Motion to Quash Subpoena or, In the Alternative, for a Protective Order. And Reply MTQ filed by Petitioner Paul G. Cassell (Hatch, Brent) (Entered: 06/27/2016) |
| 06/27/2016 | 13 | MOTION for Leave to File Excess Pages filed by Petitioner Paul G. Cassell. Motions referred to Evelyn J. Furse.(Hatch, Brent) (Entered: 06/27/2016) |
| 06/27/2016 | 14 | AFFIDAVIT/DECLARATION of Brent Hatch in Support re 2 MOTION to Quash Subpoena filed by Petitioner Paul G. Cassell. (Attachments: # 1 Exhibit Exhibit 1 Filed Under Seal, # 2 Exhibit Exhibit 2 Notice of Withdrawal of SJ Motion, # 3 Exhibit Exhibit 3 Filed Under Seal, # 4 Exhibit Exhibit 4 Filed Under Seal, # 5 Exhibit Exhibit 5 Filed Under Seal, # 6 Exhibit Exhibit 6 Filed Under Seal, # 7 Exhibit Exhibit 7 Hearing Transcript, # 8 Exhibit Exhibit 8 Slater Affidavit)(Hatch, Brent) (Entered: 06/27/2016) |
| 06/27/2016 | 16 | **SEALED DOCUMENT**Sealed Exhibits to 14 Affidavit/Declaration in Support of Motion,, filed by Petitioner Paul G. Cassell. (Attachments: # 1 Exhibit 3, # 2 Exhibit 4, # 3 Exhibit 5, # 4 Exhibit 6)(jmr) (Entered: 06/28/2016) |
| 06/27/2016 | 19 | **SEALED DOCUMENT** SEALED REPLY IN SUPPORT OF 2 MOTION to Quash Subpoena filed by Petitioner Paul G. Cassell. (jmr) (Entered: 06/29/2016) |
| 06/28/2016 | 15 | Minute Entry for telephonic proceedings held before Magistrate Judge Evelyn J. Furse: Motion Hearing held on 6/28/2016 re 2 MOTION to Quash Subpoena filed by Paul G. Cassell. Court hears argument from counsel. Court to transfer 2 Motion to Quash Subpoena to the Southern District of New York under Rule 45(f). Court finds exceptional circumstances. Fourteen day period to object to ruling made on the record starts today, 6/28/2016. Written order to follow. Attorney for Plaintiff: Paul Cassell, Attorney for Petitioner: Brent Hatch, Attorney for Defendant: Ann Taliaferro for James Bradshaw, Jeff Pagliuca. Court Reporter: Electronic.(Time Start: 9:01:16, Time End: 10:28:15, Room 7.4.)(lnp) (Entered: 06/28/2016) |
| 06/29/2016 | 17 | ORDER granting 11 Motion to Seal. Signed by Magistrate Judge Evelyn J. Furse on 6/28/16. (jmr) (Entered: 06/29/2016) |
| 06/29/2016 | 18 | ORDER granting 13 Motion for Leave to File Excess Pages. Signed by Magistrate Judge Evelyn J. Furse on 6/28/16. (jmr) (Entered: 06/29/2016) |
| 06/30/2016 | 20 | MEMORANDUM DECISION and Order Transferring Motion to Quash Subpoena or, in the Alternative, for a Protective Order–This Motion presents exceptional circumstances that warrant its transfer to the Southern District of New York. See Order for additional details. Signed by Magistrate Judge Evelyn J. Furse on 6/30/16. (jmr) (Entered: 06/30/2016) |