UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GUIFFRE,

          Plaintiff,

-against-

GHISLAINE MAXWELL,

          Defendant.

16 Mc. 261 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    In light of the sealed opinion at dkt. no. 416 in 15-CV-7433, the Clerk of the Court shall mark this action closed and all pending motions denied as moot.

    SO ORDERED.

Dated:    New York, New York
          July 24, 2019

*Loretta A. Preska*
LORETTA A. PRESKA
Senior United States District Judge

1